**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jabril "J" BATTLE, a.k.a. Kevin J. Conard, a.k.a. Michael Antonio Singleton, a.k.a. Gilbert J. Jackson, a.k.a. Vincent Jae Larue, a.k.a. Kevin G. Conrad, a.k.a. Neal Joppson, a.k.a. Gebrael Den Atun El, a.k.a. G.D. Atun, Defendant–Appellant.**

No. 12–14916.

United States Court of Appeals,
Eleventh Circuit.

June 21, 2013.

Gale McKenzie, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Robert Alan Glickman, Attorney at Law, Atlanta, GA, for Defendant–Appellant.

616

Before CARNES, BARKETT and BLACK, Circuit Judges.

PER CURIAM:

Robert Alan Glickman, appointed counsel for Jabril Battle, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Battle's conviction and sentence are **AFFIRMED**.